## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, et al., ) ) ) ) Plaintiffs, ) ) v. ) ) U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., ) ) ) ) Defendants. ) ) | Civil Action No. 11-1548 (ABJ) |

**FILED**

JAN 2 0 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## STIPULATED ORDER

Plaintiffs and Proposed-Intervenor Arizona hereby stipulate to an order allowing Arizona to intervene as a defendant in this matter under the following conditions:

1. Arizona's intervention will be limited to presenting arguments contending that the consent decree between Plaintiffs and EPA lodged in this case should be modified so that EPA is obligated to act on Arizona's February 2011 state implementation plan ("SIP") submittal concerning regional haze, and to provide the state time to correct any deficiencies found by EPA in such submittal, before EPA can promulgate a federal implementation plan ("FIP") for Arizona addressing regional haze. Plaintiffs and EPA will be free to oppose those arguments on any and all grounds.

2. Arizona may oppose, on the grounds stated in paragraph '1,' the entry of any judgment or decree provisions regarding a SIP or FIP for Arizona. Plaintiffs and EPA may argue that Arizona's opposition is without merit, and seek entry of such judgment or decree provisions. Arizona will not otherwise act to delay in any way the Court's consideration of any motion to enter the consent decree between Plaintiffs and EPA that has already been lodged in this case, or otherwise undertake to delay resolution of this case.

FOR PLAINTIFFS

/s/ David S. Baron
DAVID S. BARON
D.C. Bar No. 464222
EARTHJUSTICE
1625 Massachusetts Avenue NW, Suite 702
Washington, DC 20036-2212
Phone: (202) 667-4500
Fax: (202) 667-2356
dbaron@earthjustice.org

REED ZARS
Wyoming Bar No. 6-3224
Attorney at Law
910 Kearney Street
Laramie, WY  82070
307-745-7979
reedzars@gmail.com


FOR ARIZONA
THOMAS C. HORNE
Arizona Attorney General

/s/ Joseph P. Mikitish
Joseph P. Mikitish
Arizona Bar No. 013972
James T. Skardon
Arizona Bar No. 006973
Assistant Attorneys General
Environmental Enforcement Section
1275 West Washington Street
Phoenix, Arizona 85007
(602) 542-8553
joseph.mikitish@azag.gov

Attorneys for Applicant in Intervention
State of Arizona


SO ORDERED, this ___ day of January_____, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

5