IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, MONTANA ENVIRONMENTAL INFORMATION CENTER, GRAND CANYON TRUST, SAN JUAN CITIZENS ALLIANCE, OUR CHILDREN'S EARTH FOUNDATION, PLAINS JUSTICE, POWDER RIVER BASIN RESOURCE COUNCIL, SIERRA CLUB, AND ENVIRONMENTAL DEFENSE FUND<br><br>Plaintiffs,<br><br>v.<br><br>LISA JACKSON, in her official capacity as Administrator, United States Environmental Protection Agency,<br><br>Defendant. | CIVIL ACTION NO.<br>1: 11-cv-01548 (ABJ) |

**JOINT STATUS REPORT**

On November 9, 2011, Defendant Lisa Jackson, Administrator of the United States Environmental Protection Agency ("EPA"), lodged with the Court a proposed consent decree. On that same day, the Court issued an order requiring the parties to file a status report on January 9, 2012, if a motion to enter the consent decree had not been filed by then. The Court subsequently ordered that a second status report be filed on February 9, 2012, if a motion to enter has not been filed.

The procedure for notice and comment required under section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g), has been completed. EPA has received all the comments and is evaluating them to determine whether to withdraw or withhold consent to the Consent Decree, in accordance with section 113(g). EPA anticipates that this process will be completed by

February 21, 2012, and that the Agency will then be able to either move to enter the decree or notify the Court that it is withholding or withdrawing consent.

                                              Respectfully submitted,

                                              IGNACIA S. MORENO
                                              Assistant Attorney General
                                              Environment and Natural Resources
                                                 Division

                                              /s/ EILEEN T. MCDONOUGH
                                              Environmental Defense Section
                                              U.S. Department of Justice
                                              P.O. Box 23986
                                              Washington, D.C. 20026-3986
                                              (202) 514-3126
                                              eileen.mcdonough@usdoj.gov

Of Counsel:

M. LEA ANDERSON
Office of General Counsel
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N. W.
Washington, DC 20460
(202) 564-5571
anderson.lea@epa.gov

                                            /s/ David S. Baron
                                            DAVID S. BARON D.C. Bar No. 464222
                                            EARTHJUSTICE
                                            1625 Massachusetts Avenue NW, Suite 702
                                            Washington, DC 20036-2212
                                            Phone: (202) 667-4500
                                            Fax: (202) 667-2356
                                            dbaron@earthjustice.org

                                            REED ZARS
                                            Wyoming Bar No. 6-3224
                                            Attorney at Law
                                            910 Kearney Street
                                            Laramie, WY  82070
                                            307-745-7979
                                            rzars@lariat.org

                                            *Counsel for Plaintiffs*