IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, MONTANA ENVIRONMENTAL INFORMATION CENTER, GRAND CANYON TRUST, SAN JUAN CITIZENS ALLIANCE, OUR CHILDREN'S EARTH FOUNDATION, PLAINS JUSTICE, POWDER RIVER BASIN RESOURCE COUNCIL, SIERRA CLUB, AND ENVIRONMENTAL DEFENSE FUND<br><br>   Plaintiffs,<br><br>   v.<br><br>LISA JACKSON, in her official capacity as Administrator, United States Environmental Protection Agency,<br><br>   Defendant. | CIVIL ACTION NO.<br>1: 11-cv-01548 (ABJ) |

**MOTION TO AMEND PARTIAL CONSENT DECREE**

On March 30, 2012, the Court entered the Partial Consent Decree ("Consent Decree" or "Decree") in this matter. Paragraph 7 of the Consent Decree provides:

> The deadlines in Table A or B may be extended for a period of 60 days or less by written stipulation executed by counsel for EPA and Plaintiffs and filed with the Court. Any other extension of a deadline in Table A or B may be approved by the Court upon motion made pursuant to the Federal Rules of Civil Procedure by EPA and upon consideration of any response by Plaintiffs and reply by EPA.

Tables A and B set the deadlines by which the United States Environmental Protection Agency ("EPA") must sign the notices of proposed or final rulemaking required by Paragraphs 3 to 6 of the Decree.

EPA has made progress in the required rulemakings and has satisfied a number of the obligations imposed by the Consent Decree. The Agency, however, has encountered

complications in some proceedings and so seeks additional time to complete its obligations. Pursuant to Paragraph 7, EPA requests that Tables A and B in the Consent Decree, as previously amended by Stipulation, be modified to extend the deadlines identified below. These changes have been incorporated into Tables A and B in the accompanying proposed Order. The additional time will enable EPA to fully consider all issues and information before promulgating final rules.

Counsel for Plaintiffs have consented to this motion. Pursuant to the Stipulated Order of January 19, 2012, Arizona was allowed to intervene only to oppose the entry of a judgment or decree provision with respect to a state or federal implementation plan for Arizona. Counsel for Arizona states that Arizona opposes the revisions to the deadlines with respect the deadlines for Arizona.

**Table A**:

1. Connecticut: Extend deadline for final promulgation from July 13, 2012 to September 14, 2012.

2. New Mexico (all remaining RH SIP elements): Extend dates for final promulgations from August 15, 2012 to November 15, 2012.

3. Washington (all remaining RH SIP elements): Extend dates for proposed and final promulgations from July 20, 2012 and November 15, 2012 to November 30, 2012 and July 15, 2013, respectively.

4. Texas: Extend dates for proposed and final promulgations from July 20, 2012 and November 15, 2012 to May 15, 2013 and December 15, 2013, respectively.

5. Oklahoma (all remaining RH SIP elements):  Extend dates for proposed and final promulgations from July 20, 2012 and November 15, 2012 to May 15, 2013 and December 15, 2013, respectively.

6. Alaska (BART):  Extend date for final promulgation from August 14, 2012, to November 15, 2012.

7. Arizona (all remaining RH SIP elements):  Extend dates for proposed and final promulgations from July 20, 2012 and November 15, 2012 to December 8, 2012, and July 15, 2013, respectively.

**Table B**

1. Tennessee (BART determination for Eastman Chemical):  Extend date for final promulgation from July 20, 2012 to November 15, 2012.

Respectfully submitted,

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources
 Division

/s/ STEPHANIE J. TALBERT
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 514-2617
Of Counsel:                                                    Stephanie.Talbert@usdoj.gov

M. LEA ANDERSON
Office of General Counsel
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N. W.
Washington, DC 20460
(202) 564-5571
anderson.lea@epa.gov