IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, MONTANA ENVIRONMENTAL INFORMATION CENTER, GRAND CANYON TRUST, SAN JUAN CITIZENS ALLIANCE, OUR CHILDREN'S EARTH FOUNDATION, PLAINS JUSTICE, POWDER RIVER BASIN RESOURCE COUNCIL, SIERRA CLUB, AND ENVIRONMENTAL DEFENSE FUND<br><br>      Plaintiffs,<br><br>   v.<br><br>LISA JACKSON, in her official capacity as Administrator, United States Environmental Protection Agency,<br><br>      Defendant. | CIVIL ACTION NO.<br>1: 11-cv-01548 (ABJ) |

**ORDER**

Upon consideration of the motion to amend the Partial Consent Decree filed by Defendant Lisa P. Jackson, Administrator, United States Environmental Protection Agency ("EPA"), it is hereby ordered that the motion granted.

Tables A and B of the Partial Consent Decree are amended as follows:

**Table A**:

    1.    Connecticut: Deadline for final promulgation is September 14, 2012.

    2.    New Mexico (all remaining RH SIP elements): Deadline for final promulgations are November 15, 2012.

    3.    Washington (all remaining RH SIP elements): Deadlines for proposed promulgations are November 30, 2012, and final promulgations are July 15, 2013.

    4.    Texas: Deadline for proposed promulgation is May 15, 2012, and final promulgation is December 15, 2013.

5. Oklahoma (all remaining RH SIP elements): Deadline for proposed promulgations are May 15, 2013, and final promulgations are December 15, 2013.

6. Alaska (BART): Deadline for final promulgation is November 15, 2012.

7. Arizona (all remaining RH SIP elements): Deadline for proposed promulgations are December 8, 2012, and final promulgations are July 15, 2013.

**Table B**

1. Tennessee (BART determination for Eastman Chemical): Deadline for final promulgation is November 15, 2012.

SO ORDERED this ___ day of _____ 2012.

                                                    HON. AMY BERMAN JACKSON
                                                    United States District Judge