IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, MONTANA ENVIRONMENTAL INFORMATION CENTER, GRAND CANYON TRUST, SAN JUAN CITIZENS ALLIANCE, OUR CHILDREN'S EARTH FOUNDATION, PLAINS JUSTICE, POWDER RIVER BASIN RESOURCE COUNCIL, SIERRA CLUB, AND ENVIRONMENTAL DEFENSE FUND<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT PERCIASEPE, in his official capacity as Acting Administrator, United States Environmental Protection Agency,<br><br>Defendant. | CIVIL ACTION NO.<br>1: 11-cv-01548 (ABJ) |

**UNOPPOSED MOTION TO AMEND CONSENT DECREE**

On March 30, 2012, the Court entered the Partial Consent Decree ("Consent Decree" or "Decree") in this matter. Docket ("Dkt") No. 21. Paragraph 7 of the Consent Decree provides that any request to extend a deadline established by the Decree for more than 60 days must be presented by motion to the Court.

Defendant Robert Perciasepe, Acting Administrator, United States Environmental Protection Agency ("EPA"), hereby requests a modification to the deadlines in Paragraphs 3 and 4 and Table A of the Consent Decree for EPA to take action with respect to the Texas implementation plan at issue in this matter. The Texas deadlines were previously amended by stipulation of the parties filed May 29, 2012, and (on a consent motion by EPA) by order of this Court on June 15, 2012.

Specifically, EPA requests that the "Proposed Promulgation Deadline" for Texas in Table A of the Decree be extended until May 15, 2014, and that the "Final Promulgation Deadline" for Texas in Table A be extended until December 13, 2014.

Plaintiffs consent to EPA's motion.

>Respectfully submitted,
>
>IGNACIA S. MORENO
>Assistant Attorney General
>Environment and Natural Resources
> Division
>
>/s/ EILEEN T. MCDONOUGH
>Environmental Defense Section
>U.S. Department of Justice
>P.O. Box 23986
>Washington, D.C. 20026-3986
>(202) 514-3126
>eileen.mcdonough@usdoj.gov

Of Counsel:

M. LEA ANDERSON
Office of General Counsel
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N. W.
Washington, DC 20460
(202) 564-5571
anderson.lea@epa.gov