IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, MONTANA ENVIRONMENTAL INFORMATION CENTER, GRAND CANYON TRUST, SAN JUAN CITIZENS ALLIANCE, OUR CHILDREN'S EARTH FOUNDATION, PLAINS JUSTICE, POWDER RIVER BASIN RESOURCE COUNCIL, SIERRA CLUB, AND ENVIRONMENTAL DEFENSE FUND<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT PERCIASEPE, in his official capacity as Acting Administrator, United States Environmental Protection Agency,<br><br>Defendant. | CIVIL ACTION NO.<br>1: 11-cv-01548 (ABJ)<br><br><br><br>**FILED**<br>MAY 2 9 2013<br>Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

## ORDER

Upon consideration of the unopposed motion filed by Defendant Robert Perciasepe, Acting Administrator, United States Environmental Protection Agency ("EPA"), to amend the Partial Consent Decree entered March 30, 2012 (as amended), it is hereby ordered that the motion is granted. The "Proposed Promulgation Deadline" for Oklahoma in Table A of the Partial Consent Decree is extended to May 15, 2014, and the "Final Promulgation Deadline" for Oklahoma in Table A is extended to December 13, 2014.

Executed this 29 day of May, 2013.

HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE