IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, MONTANA ENVIRONMENTAL INFORMATION CENTER, GRAND CANYON TRUST, SAN JUAN CITIZENS ALLIANCE, OUR CHILDREN'S EARTH FOUNDATION, PLAINS JUSTICE, POWDER RIVER BASIN RESOURCE COUNCIL, SIERRA CLUB, AND ENVIRONMENTAL DEFENSE FUND<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT PERCIASEPE, in his official capacity as Acting Administrator, United States Environmental Protection Agency,<br><br>Defendant. | CIVIL ACTION NO.<br>1: 11-cv-01548 (ABJ)<br><br>**FILED**<br>JUL 15 2013<br>Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

## ORDER

Upon consideration of the unopposed motion filed by Defendant Robert Perciasepe, Acting Administrator, United States Environmental Protection Agency ("EPA"), to amend the Partial Consent Decree entered March 30, 2012 (as amended), it is hereby ordered that the motion is granted. The "Final Promulgation Deadline" for "all remaining RH SIP elements" for Washington in Table A is extended to April 30, 2014 unless (1) EPA fails to sign, by November 15, 2013, a notice of re-proposed rulemaking for all remaining regional haze SIP elements for Washington; or (2) EPA fails to follow procedures identical to those in paragraph 9 of the consent decree regarding submission of such signed notice for publication in the Federal Register. If either of the failures identified in the preceding sentence should occur, the deadline

for EPA to sign the notice of final rulemaking for all remaining regional haze SIP elements for Washington shall be December 3, 2013.

Executed this 12th day of July, 2013.

_____
HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE