IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, MONTANA ENVIRONMENTAL INFORMATION CENTER, GRAND CANYON TRUST, SAN JUAN CITIZENS ALLIANCE, OUR CHILDREN'S EARTH FOUNDATION, PLAINS JUSTICE, POWDER RIVER BASIN RESOURCE COUNCIL, SIERRA CLUB, AND ENVIRONMENTAL DEFENSE FUND <br><br> Plaintiffs, <br><br> v. <br><br> GINA MCCARTHY, in her official capacity as Administrator, United States Environmental Protection Agency, <br><br> Defendant. | CIVIL ACTION NO. <br> 1: 11-cv-01548 (ABJ) <br><br><br> **FILED** <br> SEP - 6 2013 <br> Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |

## ORDER

Upon consideration of the unopposed motion to amend the Partial Consent Decree filed by Defendant Gina McCarthy, Administrator, United States Environmental Protection Agency ("EPA"), it is hereby ordered that the motion is granted. The deadlines by which EPA must sign proposed and final notices of rulemaking for a federal implementation ("FIP") for Arizona are:

1. By December 6, 2013, EPA will sign a notice of proposed rulemaking to promulgate a federal implementation ("FIP") for all remaining elements of Arizona's regional haze plan to ensure that EPA's actions with respect to Arizona collectively meet the regional haze implementation plan requirements that were due by December 17, 2007 under EPA's regional haze regulations; and,

3.      By May 6, 2014, EPA will sign a notice of final rulemaking to promulgate a FIP for all remaining elements of Arizona's regional haze plan to ensure that EPA's actions with respect to Arizona collectively meet the regional haze implementation plan requirements that were due by December 17, 2007 under EPA's regional haze regulations.

Executed this 6th day of Sept, 2013.

_____
HON. AMY BERMAN JACKSON
UNITED STATES DISTRICT JUDGE