IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, et al., )<br><br>Plaintiffs, )<br>)<br>v. )<br>)<br>GINA MCCARTHY, in her official capacity as Administrator, United States Environmental Protection Agency, )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>1: 11-cv-01548 (ABJ) |

**NOTICE OF PAYMENT SATISFYING FEE SETTLEMENT**

Pursuant to the joint motion filed May 15, 2013 by Plaintiffs and Defendant McCarthy, Plaintiffs hereby notify the Court that Defendant has made timely payment of attorneys' fees agreed upon in the settlement agreement referenced in that joint motion.  Accordingly, Plaintiffs will not petition the Court for an award of any costs and fees incurred through May 15, 2013 in this matter.

Date:   September 13, 2013.

                                            Respectfully submitted,

                                            /s/David S. Baron
                                            DAVID S. BARON
                                            Earthjustice
                                            1625 Massachusetts Ave., N.W.
                                            Suite 702
                                            Washington, D.C. 20036-2212
                                            (202) 667-4500

                                            REED ZARS
                                            Attorney at Law
                                            910 Kearney Street
                                            Laramie, WY 82070

307-745-7979