IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, MONTANA ENVIRONMENTAL INFORMATION CENTER, GRAND CANYON TRUST, SAN JUAN CITIZENS ALLIANCE, OUR CHILDREN'S EARTH FOUNDATION, PLAINS JUSTICE, POWDER RIVER BASIN RESOURCE COUNCIL, SIERRA CLUB, AND ENVIRONMENTAL DEFENSE FUND<br><br>Plaintiffs,<br><br>v.<br><br>GINA MCCARTHY, in her official capacity as Administrator, United States Environmental Protection Agency,<br><br>Defendant. | CIVIL ACTION NO.<br>1: 11-cv-01548 (ABJ) |

**STIPULATION TO AMEND CONSENT DECREE**

On March 30, 2012, the Court entered the Partial Consent Decree ("Consent Decree" or "Decree") in this matter. Paragraph 7 of the Consent Decree provides: "The deadlines in Table A or B may be extended for a period of 60 days or less by written stipulation executed by counsel for EPA and Plaintiffs and filed with the Court." Pursuant to Paragraph 7, the Parties stipulate to extend the applicable deadlines for action by the United States Environmental Protection Agency ("EPA") with respect to Arizona and Washington as follows:

A. <u>Arizona</u>: Table A, as modified by the Court's Order of September 16, 2013 (ECF 78) sets two applicable deadlines:

(1) By December 6, 2013, EPA will sign a notice of proposed rulemaking to promulgate a federal implementation plan ("FIP") for all remaining elements of Arizona's

regional haze plan to ensure that EPA's actions with respect to Arizona collectively meet the regional haze implementation plan requirements that were due by December 17, 2007 under EPA's regional haze regulations; and

(2)  By May 6, 2014, EPA will sign a notice of final rulemaking to promulgate a federal implementation plan ("FIP") for all remaining elements of Arizona's regional haze plan to ensure that EPA's actions with respect to Arizona collectively meet the regional haze implementation plan requirements that were due by December 17, 2007 under EPA's regional haze regulations.

Pursuant to Paragraph 7 of the Consent Decree, Plaintiffs and EPA hereby stipulate to extend the deadlines in Table A applicable to Arizona described above to require that EPA will sign the notice of proposed rulemaking by January 27, 2014, and will sign the notice of final rulemaking no later than June 27, 2014.

B. <u>Washington:</u>  Table A, as modified by the Court's Order of July 15, 2013 (ECF 75) sets deadlines applicable to Washington as follows:

The "Final Promulgation Deadline" for "all remaining RH SIP elements" for Washington in Table A is extended to **April 30, 2014** unless (1) EPA fails to sign, by **November 15, 2013**, a notice of re-proposed rulemaking for all remaining regional haze SIP elements for Washington; or (2) EPA fails to follow procedures identical to those in paragraph 9 of the consent decree regarding submission of such signed notice for publication in the Federal Register.  If either of the failures identified in the preceding sentence should occur, the deadline for EPA to sign the notice of final rulemaking for all remaining regional haze SIP elements for Washington shall be **December 3, 2013**.

(Emphasis added).

Pursuant to Paragraph 7 of the Consent Decree, Plaintiffs and EPA hereby stipulate to extend the deadlines in Table A applicable to Washington as follows:

The "Final Promulgation Deadline" for "all remaining RH SIP elements" for Washington in Table A is extended to May 30, 2014, unless (1) EPA fails to sign, by December 16, 2013, a notice of re-proposed rulemaking for all remaining regional haze SIP elements for Washington; or (2) EPA fails to follow procedures identical to those in paragraph 9 of the consent decree regarding submission of such signed notice for publication in the Federal Register. If either of the failures identified in the preceding sentence should occur, the deadline for EPA to sign the notice of final rulemaking for all remaining regional haze SIP elements for Washington shall be January 10, 2014.

Pursuant to the above-referenced paragraph 7 of the Consent Decree, the Court does not need to enter an order to effectuate an extension of this length.

SO STIPULATED:

| | |
|---|---|
| *Counsel for Plaintiffs* | /s/ Reed Zars<br>LAW OFFICES OF REED ZARS<br>910 Kearney Street<br>Laramie, WY 82070<br>(307) 745-7979<br>Fax: (307) 745-7999<br>Email: rzars@lariat.org |
| *Counsel for Defendant* | ROBERT G. DREHER<br>Acting Assistant Attorney General<br>Environment and Natural Resources<br> Division<br><br>/s/ Eileen T. McDonough<br>EILEEN T. MCDONOUGH<br>Environmental Defense Section |

                                  U.S. Department of Justice
                                  P.O. Box 23986
                                  Washington, D.C. 20026-3986
                                  (202) 514-3126
Of Counsel:                      eileen.mcdonough@usdoj.gov

M. LEA ANDERSON
MATTHEW MARKS
Office of General Counsel
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N. W.
Washington, DC 20460
anderson.lea@epa.gov
marks.matthew@epa.gov