IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL PARKS CONSERVATION | ) | |
| ASSOCIATION, MONTANA ENVIRONMENTAL | ) | |
| INFORMATION CENTER, GRAND CANYON | ) | |
| TRUST, SAN JUAN CITIZENS ALLIANCE, | ) | |
| OUR CHILDREN'S EARTH FOUNDATION, | ) | |
| PLAINS JUSTICE, POWDER RIVER BASIN | ) | CIVIL ACTION NO. |
| RESOURCE COUNCIL, SIERRA CLUB, | ) | 1: 11-cv-01548 (ABJ) |
| AND ENVIRONMENTAL DEFENSE FUND | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT PRUITT, in his official capacity as | ) | |
| Administrator United States Environmental | ) | |
| Protection Agency, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Defendant Scott Pruitt, Administrator, United States Environmental Protection Agency ("EPA" or "Agency") and Plaintiffs National Parks Conservation Association, et al. (collectively "NPCA") hereby provide a status report pursuant to the Court's Order of June 8, 2017.

On September 6, 2017, the Court extended the deadline for EPA to complete the final action required by Paragraph 4.a.ii of the Consent Decree, as amended, to September 30, 2017. EPA represents that it is working to meet that deadline.

Respectfully submitted,

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources
  Division

/s/ EILEEN T. MCDONOUGH
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 514-3126
eileen.mcdonough@usdoj.gov

Of Counsel:

M. LEA ANDERSON
Office of General Counsel
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N. W.
Washington, DC 20460
(202) 564-5571
anderson.lea@epa.gov


/s/ DAVID S. BARON
Earthjustice
1625 Massachusetts Avenue,
Suite 702
Washington, D.C. 20036
(202) 667-4500
dbaron@earthjustice.org

Counsel for Plaintiffs National Parks
Conservation Association et al.