IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, MONTANA ENVIRONMENTAL INFORMATION CENTER, GRAND CANYON TRUST, SAN JUAN CITIZENS ALLIANCE, OUR CHILDREN'S EARTH FOUNDATION, PLAINS JUSTICE, POWDER RIVER BASIN RESOURCE COUNCIL, SIERRA CLUB, AND ENVIRONMENTAL DEFENSE FUND<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW R. WHEELER, in his official capacity as Acting Administrator United States Environmental Protection Agency,<br><br>Defendant. | CIVIL ACTION NO.<br>1: 11-cv-01548 (ABJ) |

UNOPPOSED MOTION FOR A STAY OF THE OBLIGATION TO FILE
A STATUS REPORT IN LIGHT OF LAPSE OF APPROPRIATIONS
AND OPPOSED MOTION FOR AN EXTENSION COMMENSURATE
WITH THE LENGTH OF THE LAPSE

The United States of America hereby moves for a stay of the obligation to file a status report on behalf of Defendant Andrew R. Wheeler, Acting Administrator of the United States Environmental Protection Agency ("EPA") on January 14, 2019. The United States represents as follows:

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for a number of other Executive agencies, including EPA. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of EPA are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the obligation to file a status report until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The United States requests that, at that point, the deadline for the status report be extended commensurate with the duration of the lapse in appropriations. The length of the shutdown cannot be predicted at this point. As a result, there is no means to evaluate when EPA will be able to complete this report, given that the Agency will be facing a back log of work when operations resume. Furthermore, because EPA employees are furloughed, there is no one available to provide any information to the Department regarding the amount of time that the Agency would require to complete the report once operations resume. For this reason, the United States cannot propose a specific date for filing the report.

5. Counsel for Plaintiffs has stated that they do not at this time oppose a stay in the obligation to file the status report, but reserve the right to seek an end to the stay if the delay becomes unduly protracted. Plaintiffs further oppose the United States' specific request to extend the deadline for the status report to a time after the end of the lapse "commensurate with the duration of the lapse." Plaintiffs will file a response to this part of the United States' motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the obligation to file a status report in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

                                                            Respectfully submitted,

                                                            /s/ *Eileen T. McDonough*
                                                            United States Department of Justice
                                                           Environmental Defense Section
                                                           P.O. Box 7611
                                                           Washington, D.C. 20044
                                                           eileen.mcdonough@usdoj.gov
                                                           (202) 514-3126

Of Counsel:

Daniel Schramm
U.S. Environmental Protection Agency
Office of General Counsel
ARN: MC 2344A
1200 Pennsylvania Ave., N.W.
Washington, DC 20460