IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, Montana Environmental Information Center, Grand Canyon Trust, San Juan Citizens Alliance, OUR Children's Earth Foundation, Plains Justice, Powder River Basin Resource Council, Sierra Club, and Environmental Defense Fund<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ANDREW R. WHEELER, in his official capacity as Administrator United States Environmental Protection Agency,<br><br>　　　　　Defendant. | Civil Action No.<br>1: 11-cv-01548 (ABJ) |

**JOINT STATUS REPORT (Nov. 5, 2019)**

Defendant Andrew R. Wheeler, Administrator of the United States Environmental Protection Agency ("EPA"), files this status report pursuant to the Minute Order issued on September 3, 2019, and represents as follows:

On August 27, 2018, EPA published a notice of proposed rulemaking proposing to affirm its October 17, 2017 BART final rule, and providing an opportunity for public comment on the proposal and other specified related issues: Promulgation of Air Quality Implementation Plans; State of Texas; Regional Haze and Interstate Visibility Transport Federal Implementation Plan: Proposal of Best Available Retrofit Technology (BART) and Interstate Transport Provisions, 83 Fed. Reg. 43,586 (Aug. 27, 2018). EPA held a public hearing in Austin, Texas on September 26, 2018 to take comment on the proposed rulemaking. Eight individuals representing environmental groups, industry, and the Texas Commission on Environmental Quality provided

testimony. The public comment period on the proposed rulemaking closed on October 26, 2018. EPA received approximately 1500 comment letters and emails from citizens, environmental groups, industry, and states.

After reviewing the comments on the August 2018 BART proposal and briefing management in the appropriate regional and headquarters offices to reach decisions on issues raised in the comments, and as previously reported to this Court on August 19, 2019, EPA concluded that a supplemental notice of proposed rulemaking in relation to the August 2018 BART proposal to reaffirm the October 2017 BART final rule would be advisable.

On November 1, 2019, the Acting Regional Administrator of EPA Region 6 signed the supplemental notice of proposed rulemaking: "Promulgation of Air Quality Implementation Plans; State of Texas; Regional Haze and Interstate Visibility Transport Federal Implementation Plan: Proposal of Best Available Retrofit Technology (BART) and Interstate Visibility Transport Provisions." Attached. This notice will be published in the Federal Register. EPA has provided a period for the submission of public comments that will end 60 days after the notice has been published. In addition, EPA will hold a public hearing on December 9, 2019, if one is requested by a member of the public no later than November 27, 2019. EPA continues to expect to take final action in the first half of 2020.

EPA proposes filing an additional Status Report in 90 days (February 3, 2020). Reports have been typically filed at 60-day intervals in this case. At this time, however, a longer interval is appropriate because the Agency does not anticipate having anything new to report until the public comment period has closed and EPA has had time to conduct a preliminary review of the comments received. EPA further proposes that, after the February 3, 2020, report has been filed, future status reports should be filed at 60-day intervals.

Plaintiffs represent that they reserve all rights as well as prior positions taken in this matter.

        Respectfully submitted,

        <u>/s/ *Eileen T. McDonough*</u>
        United States Department of Justice
        Environmental Defense Section
        P.O. Box 7611
        Washington, D.C. 20044
        eileen.mcdonough@usdoj.gov
        (202) 514-3126

Of Counsel:
Daniel Schramm
U.S. Environmental Protection Agency
Office of General Counsel
ARN: MC 2344A
1200 Pennsylvania Ave., N.W.
Washington, DC 20460